UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH RUBEN MACIAS, | ) | Case No. CV 13-1162 JC |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| | ) ) | |
| RALPH M. DIAZ, Warden, | ) ) | |
| Respondent. | ) ) | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: December 30, 2014

                                                                                  /s/
                                        _____
                                        Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE